PROB 22
(Rev. 5/09)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
0976 2:16CR00019-005

**DOCKET NUMBER (Rec. Court)**
2:24-cr-00209-CDS-DJA

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sean Lee Jackson<br>Las Vegas, NV | Idaho | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable B. Lynn Winmill | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM: 11/29/2021  TO: 11/28/2025 |

FILED / RECEIVED
ENTERED / SERVED ON
SEP 19 2024
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

**OFFENSE**

21 § 841(a)(1)    Conspiracy to Distribute Controlled Substances
18 § 1956(h)     Conspiracy to Launder Money

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Idaho

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

9/2/2022
Date

/s/ B. Lynn Winmill
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

09/24/2024
Effective Date

/s/ Cristina D. Silva
Cristina D. Silva, United States District Judge